# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHEILA DURNELL,** *on behalf of herself* | : | |
| *and all others similarly situated, et al.,* | : | CIVIL ACTION |
|     **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **GERARD FOTI, et al.,** | : | No. 19-2972 |
|     **Defendants.** | : | |

## ORDER

**AND NOW**, this **20th** day of **September, 2019**, upon consideration of Plaintiffs' Motion to Remand the above-captioned action to the Delaware County, Court of Common Pleas, and the response by Defendants Gerard Foti, D.O. and Suburban Spine and Orthopedic Center, LLC, and for the reasons provided in the Court's Memorandum dated September 20th 2019 it is **ORDERED** the motion (Document No. 19) is **DENIED**.

                                                   **BY THE COURT:**

                                                   **Berle M. Schiller, J.**