# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHEILA DURNELL,** *on behalf of herself and all others similarly situated, et al.,* Plaintiffs, | : : : : | **CIVIL ACTION** |
| v. | : : | |
| **GERARD FOTI, et al.,** Defendants. | : : | **No. 19-2972** |

## ORDER

**AND NOW**, this **12th** day of **November 2019**, upon consideration of the Motions to Dismiss submitted by Main Line Hospitals (Document No. 12), Crozer-Keystone Health System (Document No. 13), and Gerard Foti, D.O. and Suburban Spine and Orthopedic Center (Document No. 26), as well as Plaintiffs' responses thereto, and for the reasons provided in this Court's Memorandum dated November 12, 2019, it is **ORDERED** that the Defendants' motions to dismiss are **GRANTED**. Plaintiffs' claims against all Defendants are **DISMISSED** without prejudice.

BY THE COURT:

_____
**Berle M. Schiller, J.**